1074

[No. 16648-1-III.    Division Three.    August 11, 1998.]

MICHELLE WILSON, *Appellant*, v. SUNNYSIDE COMMUNITY HOSPITAL, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-2-00145-6, Michael W. Leavitt, J., entered April 18, 1997. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 16897-2-III.    Division Three.    August 11, 1998.]

ADAMS & CLARK, INC., *Respondent*, v. SNO-PASS PROPERTIES ASSOCIATION, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 96-2-00217-1, Michael E. Cooper, J., entered August 4, 1997. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 16961-8-III.    Division Three.    August 11, 1998.]

JUD HEDINE, *Appellant*, v. LEONARD RIZZUTI, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 96-2-00193-8, Donald W. Schacht, J., entered September 15, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Kato, J.

[No. 16988-0-III.    Division Three.    August 11, 1998.]

CLARK E. HODGE, *Appellant*, v. WESTINGHOUSE HANFORD COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 96-2-01078-0, Dennis D. Yule, J., entered October 2, 1997. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J.